Plaintiff's Name: Brandon Ramirez
Prisoner No: 2511101
Institution: West County Detention Facility

## United States District Court
## Northern District of California

| | |
|---|---|
| Brandon Ramirez<br>V<br>Contra Costa County<br>Sheriff's Department,<br>MDF, W.C.D.F, MC.DF.<br>Classification Department | Case NO. _____<br><br>Complaint By Prisoner under the Civil Rights Act, 42 U.S.C. §1983 |

I. Exhaustion of Administrative Remedies
A. Placement of Confinement: West County Detention Facility.
B. Is there a grievance procedure in the Inst.? ☑ yes ☐ no
C. If so did you present the facts of your complaint for review through the grievance procedure? ☐ yes ☑ no
D. If your answer is yes, list Appeal # "e.T." with Results. N/A
E. Is the last level of appeal highest level you appealed? N/A
F. If you did not present your claim for Review through the Grievance procedure, explain why? Because Martinez Detention facility (MDF) & West County Detention facility (WCDF) Do not respect there own grievance procedures, they violate Due process & Most of the time will not respond to Appeals Altogether. Attached to this Complaint will be a declaration Signed by peers at those Institution (MDF&WCDF) to show the Court that this County does not follow due process when

dealing with the Grievance/Appeal Process, Thankyou to the Court. p.s. Thus rendering this process Null-avoid

## II. Parties.
A. Additional Plaintiffs? No
B. For each defendant, provide full Name (s) official positions & place of employment.
1. Contra Costa County Sheriff's Department
2. M.D.F., W.C.D.F., M.C.D.F. Classification Department.

## III. Statement of Claim.
In late May 2024 I was arrested & Brought to Martinez Detention Facility, Upon Arriving I talked to Classification about My Custody & who I Could & Could not be around/House with. I informed Classification that I Couldn't be housed with Cody Cooper, Seeing to how Cody Cooper Just shot me He would Most Definitly hurt Me again because he was Currently Serving time for shooting me. I was assured that I wouldn't have to worry about that, they wouldn't place us together. I was eventually Transfered to west County Detention facility & then I was told to pack my things I was going to Marshcreek Detention facility. I informed the Deputy of my security need seeing to how Cody Cooper was incarcerated out there. I was made to go to marshcreek to my disbeleif, I informed Classification & the Deputy that I was not safe & still here I am showing up to M.C.D.F. On 6-13-24, Shortly After Arriving Cody Cooper Jumped me with multiple Inmates, I was kneed in my face, punched in my face, thrown to the ground where I was kneed multiple times in my body & face & I was Injured

severely. I told classification my life would be in Danger if they placed me at the same place as Cody Cooper, they made a decision to still put me next to him, & As a result of there decision I was Brutally Attacked & injured. Deliberate Indifference states "When a person make a decision that they know will lead to someone being hurt, or hurt worse by making that decision, then that person cannot claim ignorance to the outcome of there decision". As trained classification officers it is there responsibility to know how to properly place inmates in there custody, its what they specialize in. So when a inmate comes to them & flat out tells them they have a safety concern & they take it upon themselves to overlook such safety concern then a inmate is hurt as a result of them overlooking it then that is "deliberate indifference" & A violation of my 8th Constitutional Right of Cruel & unusual punishment & they need to be held accountable for my pain & suffering I've had to endure as a direct result in there gross negligence & deliberate Indifference choice/decision. Since being Jumped by Cody Cooper & the rest of the white population I've been forced to be placed in protective custody with child molesters & I've been molested as a child repeatedly so I'm dealing with a lot of Trauma By being placed here, its a daily struggle internally Knowing I'm being housed with people that have hurt Kids like I was hurt when I was molested as a Kid too. All because Trained professionals can't do

Please Turn over

there Jobs correctly & with honor & honesty!

IV. Relief, Compensator, Relief Damages          Amount $

1. Contra Costa County sheriff's Department → $250,000
   pain & suffering

2. MDF/WCDF/MCDF sheriffs Deputy's → $250,000
   responsible for placing me with Cody Cooper
                                    pain & suffering

3. Phycological Damages/Doctors bills 50yrs → $2,250,000
   $300h. 3x week = 900$ week x 52w x 50y =
                         Compensatory Damages total $2,750,000

4. Punitive Damages                              5,000,000
                                         total = 7,750,000

I declare under penalty of perjury that the foregoing is True & Correct

executed on: 9-15-25
Signature: [signature]

Respectfully submitted