UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRANDON RAMIREZ,<br><br>  Plaintiff,<br><br>  v.<br><br>CONTRA COSTA COUNTY, et al.,<br><br>  Defendants. | Case No. 25-cv-08554-EKL<br><br>**ORDER OF DISMISSAL**<br>Re: Dkt. No. 3 |

Plaintiff, a former detainee, filed a civil rights action. Court mail that the Clerk sent to plaintiff at his last known addresses has been returned as undeliverable because plaintiff is no longer in custody at West County Detention Facility in Contra Costa County. ECF No. 5. Plaintiff has not provided a current mailing address.

More than sixty days have passed since the mail was returned. Accordingly, this action is DISMISSED without prejudice. Plaintiff has failed to keep the Court apprised of his current address as required by Civil Local Rule 3-11(b) and has failed to prosecute this matter. *See* Fed. R. Civ. P. 41(b).

Because this dismissal is without prejudice, plaintiff may move to reopen the suit and have proceedings reinstated. The pending motion (ECF No. 3) is VACATED.

**IT IS SO ORDERED.**

Dated: January 15, 2026

Eumi K. Lee
United States District Judge